IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00226-MR-WCM

| | | |
|---|---|---|
| SANDY MARTIN SHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MITCHELL COUNTY; DONALD STREET, individually and in his official capacity as Sheriff of Mitchell County; RICKEY VAN WISEMAN, individually and in his official capacity as a Captain in the Mitchell County Sheriff's Office; STACEY HUGHES, individually and in his official capacity as an Investigator in the Mitchell County Sheriff's Office; TERRY L. SILVERS, individually and in his official capacity as a Deputy in the Mitchell County Sheriff's Office; UNKNOWN JOHN DOE OFFICERS, in their official and individual capacities; WANDA EARP; ERICA TURNER CRUMP; and SIDNEY MARIE BRITT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Gabrielle Motsinger. The Motion indicates that Ms. Motsinger, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of William C. Killian, who the Motion represents as being a member in good standing of the Bar of

1

the Eastern District of Tennessee.[1]

It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** William C. Killian to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: September 5, 2024

W. Carleton Metcalf
United States Magistrate Judge

---

[1] Counsel has reported to the undersigned's chambers that Mr. Killian is also a member in good standing of the Bar of the State of Tennessee.